

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Louis Washington, Jr., and Jacob
Washington, Appellants

No. 06-24-00056-CV      v.

Holly Thompson, Jr., Victoria Dix, Verlin
Dix, Angela Dix, Timothy Robinson,
Stanley Robinson, Judith M. Robinson, and
Unknown Claimants, Appellees

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 21-
0508).  Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Chief
Justice Stevens.

 

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellants, Louis Washington, Jr., and Jacob Washington, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 30, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk